# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

| | | |
|---|---|---|
| Candace Bethea, | ) | Civil Action No.: __3:26-cv-2686-SAC__ |
| | ) | **(formerly 2026CP2800010)** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF REMOVAL** |
| John Doe and Road Link Inc., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**TO:     THE UNITED STATES DISTRICT COURT:**

Defendant Road Link Inc. would respectfully show the Court in support of its Notice of Removal that:

1.     The Summons and Complaint in this action were filed on January 7, 2026 in the Court of Common Pleas for Kershaw County, South Carolina.  Attached for the Court are copies of Plaintiff's Summons and Complaint.  Via Affidavit of Service, Plaintiff avers that Defendant Road Link, Inc. was served with the Summons and Complaint on or about January 19, 2026. Defendant Road Link, Inc. received the first "other paper" establishing the amount in controversy in this action on June 4, 2026, when Plaintiff served her responses to Defendant's Second Requests for Admission denying that the amount in controversy does not exceed $75,000. Therefore, removal is timely under 28 U.S.C. §1446(b).

2.     The United States District Court has jurisdiction over this action pursuant to 28 U.S.C. §1332.  The Plaintiff is a resident and citizen of the State of South Carolina. Defendant Road

1

Link Inc. is incorporated in the State of Virginia and has its principal place of business in the State of Virginia. The action has been brought by the Plaintiff against the Defendant for the alleged accident which occurred in Kershaw County, South Carolina.

3.     Venue is proper in this matter in the Columbia Division of this Court in accordance with 28 U.S.C. §1441(a).

4.     Upon information and belief, the amount in controversy in this matter exceeds $75,000.00, due to: 1) Plaintiff's Responses to Defendant's Second Requests for Admission, wherein Plaintiff denied that her claim is not in excess of $75,000; 2) Plaintiff's allegations of injury stemming from an alleged tractor-trailer vs. car lane-change collision on I-20 westbound in Kershaw County, South Carolina, in which Plaintiff was allegedly "injured and underwent medical treatment," *see* Compl., at ¶ 12; 3) Plaintiff's allegations of damages in the form of "past and future medical expenses," "personal property damage," "emotional distress and anxiety," "physical pain and suffering," "mental anguish," "loss of enjoyment of life," *see, e.g.,* Compl. at ¶ 24; and 4) Plaintiff's claim of entitlement to punitive damages due to Road Link's alleged vicarious liability for Defendant Doe's "conscious[] indifferen[ce] to the consequences of his actions," *see, e.g.,* Compl., at ¶¶ 26, 29-30, and for Road Link's alleged direct culpability for "reckless… hiring, training, supervising, or retaining Defendant [Doe]," *see* Compl., at ¶¶ 32, 35.

5.     Defendant filed an Answer with the Court of Common Pleas for Kershaw County on April 14, 2026 in response to the Complaint.  Attached for the Court is a copy of Defendant Road Link Inc.'s Answer filed with the Court of Common Pleas.

6.     Defendant has furnished a copy of this Notice of Removal to the Clerk of Court for Kershaw County.

*Signature page to follow.*

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**


s/ Aaron J. Hayes
Mark S. Barrow Fed. I.D. No. 1220
Aaron J. Hayes Fed. I.D. No. 11196
Jacob M. Kaufman Fed. I.D. No. 14615
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233
msb@swblaw.com
ajh@swblaw.com
jmk@swblaw.com

**ATTORNEYS    FOR    DEFENDANT    ROAD LINK, INC.**


Columbia, South Carolina

July 6, 2026