# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

| | | |
|---|---|---|
| **Candace Bethea,** | ) | **Civil Action No.:** <u>3:26-cv-2686-SAC</u> |
| | ) | **(formerly 2026CP2800010** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **DEFENDANT ROAD LINK INC.'S** |
| | ) | **RESPONSES TO LOCAL RULE 26.01** |
| **John Doe and Road Link Inc.,** | ) | **INTERROGATORIES** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**TO:    THE UNITED STATES DISTRICT COURT:**

Under the provisions of Local Rule 26.01, Defendant Road Link Inc. responds to the Court's Rule 26.01 Interrogatories as follows:

A.    State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:    Defendant Road Link Inc. is aware of none.**

B.    As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:    Defendant Road Link Inc. requests a jury trial in this motor vehicle negligence action.**

C.    State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the

outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:** **Defendant Road Link Inc. is not publicly owned. It is not a parent, subsidiary, partner or affiliate of any publicly owned company. Further, no publicly owned company owns ten percent or more of its outstanding shares. Finally, Road Link Inc. does not own ten percent or more of the outstanding shares of any publicly owned company.**

D.     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:** **Plaintiff filed her Summons & Complaint in the Court of Common Pleas for Kershaw County, South Carolina. The accident that is the subject of Plaintiff's Complaint occurred in Kershaw County, South Carolina. Therefore, the Columbia division of this Court is the proper division.**

E.     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide:  (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which *may be* related regardless of whether they are still pending.  Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical translations, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.[1]

**ANSWER:** **Defendant Road Link Inc. is aware of none.**

F.      If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:    Defendant Road Link Inc. is properly identified.**

G.      If you contend that some other person of legal entity is, in whole or in part, liable to you or the other party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:    Defendant Road Link Inc. is unaware at this time of any legal entity liable to it or the party asserting this claim; however, Defendant Road Link Inc. reserves the right to amend this response at a later date should the discovery in this case reveal any other parties who may be liable to the Defendant or to the Plaintiff in this matter.**

H.      [Parties or Intervenors in a Diversity Case.] In an action in which jurisdiction is based on diversity under 28 U.S.C § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to the party or intervenor. This response must be supplemented when any later even occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

**ANSWER:    Upon information and belief, Plaintiff is a citizen of the State of South Carolina. Defendant Road Link Inc. is a corporation that is incorporated under the laws of the state of Virginia and maintains its principal place of business in the state of Virginia.**

[SIGNATURE PAGE TO FOLLOW]

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**


s/ Aaron J. Hayes
Mark S. Barrow Fed. I.D. No. 1220
Aaron J. Hayes Fed. I.D. No. 11196
Jacob M. Kaufman Fed. I.D. No. 14615
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233
msb@swblaw.com
ajh@swblaw.com
jmk@swblaw.com

**ATTORNEYS   FOR   DEFENDANT   ROAD LINK, INC.**

Columbia, South Carolina

July 6, 2026