IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Candace Bethea,<br><br>Plaintiff,<br><br>vs.<br><br>John Doe and Road Link Inc.,<br><br>Defendant. | ) | Civil Action No.: 3:26-CV-02686-SAC<br><br>**PLAINTIFF'S RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES** |

Plaintiff Candace Bethea responds to Local Rule 26.01's interrogatories as follows:

(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**RESPONSE: Katch (888-870-8842, P.O. Box 632636, Cincinnati, OH 45263-2636) o/b/o United Healthcare (866-633-2446, P.O. Box 140800, Atlanta, GA , 30374-0800) may have a subrogation interest on amounts paid pursuant to Plaintiff's UHC health insurance contract for treatment related to the crash.**

(B) As to each claim state whether it should be tried jury or nonjury and why.

**RESPONSE: Plaintiff and Defendant have both requested jury trials on all claims.**

(C) State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**RESPONSE: Plaintiff Bethea is an individual, not a corporation.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division.

**RESPONSE: Plaintiff does not challenge the appropriateness of the division.**

(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal?

**RESPONSE: Plaintiff is not aware of any other related action.**

*(F) & (G) omitted, as they apply to Defendants only.*

(H) *Parties or Intervenors in a Diversity Case.* In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**RESPONSE: Plaintiff is a citizen and resident of South Carolina.**

**MORGAN & MORGAN, P.A.**
By: /s/Jonathan Graham
Jonathan D. Graham
State Bar No. 105763
Federal Bar No. 13969
E-Mail: jgraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 947-6063
*Counsel for Plaintiff*

Charleston, SC

October 8, 2026.