IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Candace Bethea, | ) | |
| | ) | Civil Action No.: 3:26-CV-02686-SAC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **Attestation of Compliance** |
| | ) | |
| John Doe and Road Link Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Jonathan Graham, Esq., counsel for Plaintiff in this matter, hereby attests that he has complied with Judge Cain's *Order Regarding Referrals to United States Magistrate Judges*, 3:26-mc-0582-TMC (D.S.C. Jun 12, 2026).

**MORGAN & MORGAN, P.A.**
By: /s/Jonathan Graham
Jonathan D. Graham
State Bar No. 105763
Federal Bar No. 13969
E-Mail: jgraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 947-6063
*Counsel for Plaintiff*

Charleston, SC

October 8, 2026.